# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA

**BIENVILLE SQUARE HOTEL, LLC,**

            **Plaintiff,**

**v.**

**UPONOR, INC.,**

            **Defendant.**

**Case No.   1:25-cv-00373**

## CORPORATE DISCLOSURE

Pursuant to Federal Rule of Civil Procedure 7.1, Defendants UPONOR, INC., by its undersigned counsel of record, state as follows:

Defendant Uponor, Inc. discloses that it is a subsidiary of Uponor North America, Inc.  Uponor North America, Inc. is not a publicly traded company.

         **RITCHEY & RITCHEY**

         */s/Gregory S. Ritchey*
         Gregory S. Ritchey, Esquire
         {ASB-8193-H68G}
         Attorney for Defendant, Uponor, Inc.

**OF COUNSEL:**
**Ritchey Law Firm, PLLC**
Founders Trust Center
1740 Oxmoor Road, Suite 100
Birmingham, AL 35209
Telephone:  (205) 271-3105
Facsimile:  (205) 271-3111
Email:         gsritchey@ritcheylaw.com

## CERTIFICATE OF SERVICE

1

I, the undersigned, do hereby certify that on the 3rd day of September 2025, I electronically filed the foregoing with the Clerk of Court using the electronic filing system which will send notification of the foregoing upon the following and/or have served a copy of the foregoing via email, facsimile or regular mail upon the following:

H. Arthur Edge, III, Esquire
Ethan D. Hiatt, Esquire
Hunter C. Sartin, Esquire
H. ARTHUR EDGE, P.C.
2320 Highland Avenue, Suite 175
Birmingham, Alabama 35205

*s/ Gregory S. Ritchey*
Of Counsel
