**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| **BIENVILLE SQUARE HOTEL, LLC,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) **CIVIL ACTION NO. 1:25-00373-JB-B** |
| | ) |
| **UPONOR, INC.,** | ) |
| | ) |
| **Defendant.** | ) |

**ORDER**

This matter is before the Court on the Defendant's Motion to Dismiss or Stay and Compel Arbitration (Doc. 11) as well as the parties' Unopposed Consent to Pending Motion (Doc. 14). Based upon the consent of the parties, this case is STAYED pending the outcome of arbitration or further order of the Court.

The Parties are **ordered** to file on or before M**arch 25, 2026** and on or before the tenth day of each second month thereafter, a joint status report concerning the status of arbitration.

**DONE and ORDERED** this 25th day of September, 2025.

/s/ JEFFREY U. BEAVERSTOCK
CHIEF UNITED STATES DISTRICT JUDGE