**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**WESTERN DIVISION**

| | |
|---|---|
| **BIENVILLE SQUARE** | * |
| **HOTEL, LLC,** | * |
| | * |
| **Plaintiff,** | * |
| | * |
| **v.** | * **Civil Action No: 1:25-cv-00373-JB-B** |
| | * |
| **UPONOR, INC.,** | * |
| | * |
| **Defendant.** | * |

**JOINT STATUS REPORT**

**COME NOW** the parties and pursuant to the Order dated the 25th day of September 2025, provide the Court with the status of the above matter.

1.      In November, the parties conducted an inspection of the hotel and also, collected tubing to be evaluated.

2.      The parties are working toward a joint evaluation of the tubing.

3.      The parties have also agreed to choose an arbitrator on their own and also, explore the possibility of an early mediation to determine if they can resolve the matter prior to moving forward with the arbitration.

Respectfully submitted, this the 25th day of March 2026.

**RITCHEY & RITCHEY**

*/s/Gregory S. Ritchey*
Gregory S. Ritchey, Esquire
{ASB-8193-H68G}

1

Attorney for Uponor, Inc.

**OF COUNSEL:**
**Ritchey Law Firm, PLLC**
Founders Trust Center
1740 Oxmoor Road, Suite 100
Birmingham, AL 35209
Telephone:   (205) 271-3105
Facsimile:   (205) 271-3111
Email: gsritchey@ritcheylaw.com

*/s/H. Arthur Edge, III*
H. Arthur Edge, III (asb-8927-d64h)
Attorney for Plaintiff

*s/Ethan D. Hiatt*
Ethan D. Hiatt, Esquire
Attorney for Plaintiff

**OF COUNSEL:**
ARTHUR EDGE, III, P.C.
2320 Highland Avenue South, Suite 175
Birmingham, Alabama 35205
telephone: (205) 453-0322
facsimile: (205) 453-0326
art@edgelawyers.com

2