## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## WESTERN DIVISION

| | | |
|---|---|---|
| **BIENVILLE SQUARE HOTEL, LLC,** | * | |
| | * | |
| | * | |
| **Plaintiff,** | * | |
| | * | |
| **v.** | * | **Civil Action No: 1:25-cv-00373-JB-B** |
| | * | |
| **UPONOR, INC.,** | * | |
| | * | |
| **Defendant.** | * | |

## JOINT STATUS REPORT

**COME NOW** the parties and pursuant to the Order dated the 25th day of September 2025, provide the Court with the status of the above matter.

1.  The parties have agreed on a mediator and are working to schedule an early mediation.

2.  The parties are also working on circulating a proposed list of arbitrators to be considered by the parties if mediation fails.

Respectfully submitted, this the 11th day of May 2026.

> **RITCHEY & RITCHEY**
>
> */s/Gregory S. Ritchey*
> Gregory S. Ritchey, Esquire
> {ASB-8193-H68G}
> Attorney for Uponor, Inc.

**OF COUNSEL:**
**Ritchey Law Firm, PLLC**
Founders Trust Center

1

1740 Oxmoor Road, Suite 100
Birmingham, AL 35209
Telephone:   (205) 271-3105
Facsimile:    (205) 271-3111
Email: gsritchey@ritcheylaw.com

/s/H. Arthur Edge, III
H. Arthur Edge, III (asb-8927-d64h)
Attorney for Plaintiff

s/Ethan D. Hiatt
Ethan D. Hiatt, Esquire
Attorney for Plaintiff

**OF COUNSEL:**
ARTHUR EDGE, III, P.C.
2320 Highland Avenue South, Suite 175
Birmingham, Alabama 35205
telephone: (205) 453-0322
facsimile: (205) 453-0326
art@edgelawyers.com

2